**BISNAR | CHASE LLP**
BRIAN D. CHASE (164109)
bchase@bisnarchase.com
JERUSALEM F. BELIGAN (211258)
jbeligan@bisnarchase.com
1301 Dove Street, Suite 120
Newport Beach, CA 92626
Telephone: 949/752-2999
Facsimile: 949/752-2777

**JOSE GARAY, APLC**
JOSE GARAY (200494)
jgaray@garaylaw.com
9861 Irvine Center Drive
Irvine, CA 92618
Telephone: 949/208-3400
Facsimile: 949/713-0432

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| Jennifer Cox, individually, on behalf herself, and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>Cuttwood, LLC; Molecule Labs, Inc.; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. SACV-01961 GW (JCGx)<br><br>Judge: Hon. George H. Wu<br>Room: 10<br><br>**NOTICE OF VOLUNTARY DISMISSAL BY PLAINTIFF JENNIFER COX WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

Plaintiff Jennifer Cox hereby voluntarily dismisses without prejudice the above-entitled action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

DATED: February 19, 2016          **BISNAR | CHASE LLP**

                                  By:  *s/ Jerusalem F. Beligan*
                                       BRIAN D. CHASE
                                       JERUSALEM F. BELIGAN

---

1

**NOTICE OF VOLUNTARY DISMISSAL BY JENNIFER COX WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

|     |                                      |
| --- | ------------------------------------ |
| 1   | JOSE GARAY, APLC                     |
| 2   | By: *s/ Jose Garay*                  |
| 3   |     JOSE GARAY   |
| 4   | *Counsel for Plaintiff*              |

- 2 -
NOTICE OF VOLUNTARY DISMISSAL BY JENNIFER COX WITHOUT PREJUDICE PURSUANT TO
FED. R. CIV. P. 41(a)(1)(A)(i)