JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER COX, | Case No.  SACV 15-1961-GW(JCGx) |
| Plaintiff, | |
| v. | **ORDER TO DISMISS WITHOUT PREJUDICE** |
| CUTTWOOD, LLC, et al., | |
| Defendants. | |

     Based upon the Notice of Dismissal filed on February 19, 2016 [35], it is hereby ORDERED that this action is hereby dismissed without prejudice in its entirety.

     IT IS SO ORDERED.

Dated: February 23, 2016       BY THE COURT

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE